1034

AMANDA SARAH BETH MCIVER ET AL., *Appellants*, v. THE CITY OF SPOKANE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-2-02400-2, Linda G. Tompkins, J., entered November 30, 2012. *Affirmed* by unpublished opinion per Sperline, J. Pro Tem., concurred in by Brown, A.C.J., and Korsmo, J.

[No. 69456-1-I. Division One. July 28, 2014.]

CHARLES MOMAH, *Appellant*, v. WASHINGTON CASUALTY COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-04982-5, Carol A. Schapira, J., entered March 2 and May 30, 2012. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Cox, JJ.

[Nos. 69615-7-I; 70092-8-I. Division One. July 28, 2014.]

MIT D. TILKOV ET AL., *Appellants*, v. DAVID L. DUNCAN ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for Whatcom County, No. 10-2-01038-2, Charles R. Snyder, J., entered October 22, 2012. *Remanded with instructions* by unpublished opinion per Spearman, C.J., concurred in by Appelwick and Leach, JJ.

[No. 69847-8-I. Division One. July 28, 2014.]

PATRICK SMITH, *Respondent*, v. CONGRUENT SOFTWARE INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-26040-1, Michael Heavey, J., entered January 3, 2013. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Lau, JJ.